IH-32                                                                                                  Rev: 2014-1

# United States District Court
for the
## Southern District of New York
### Related Case Statement

---

**Full Caption of Later Filed Case:**

LUIS CAMAS

| Plaintiff | Case Number |
|---|---|
| vs. | |
| M & G TAPAS REST. CORP d/b/a EL PORRON, GONZALO BERMEO, | |
| Defendant | |

**Full Caption of Earlier Filed Case:**

(including in bankruptcy appeals the relevant adversary proceeding)

Magdiel Lopez,

| Plaintiff | Case Number |
|---|---|
| vs. | 12-CV-2203 |
| M & G TAPAS REST. CORP d/b/a EL PORRON, GONZALO BERMEO, and MARIO BERMEO | |
| Defendant | |

Page 1

IH-32                                                                                                    Rev: 2014-1

Status of Earlier Filed Case:

☑ Closed     (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

☐ Open       (If so, set forth procedural status and summarize any court rulings.)

Voluntarily dismissed in accordance with Federal Rules of Civil Procedure Rule 68

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

Both cases were filed for violations of the minimum wage laws as set forth in 29 USC 201 (Fair Labor Standards Act).

Signature: _____     Date: 04/19/2016

Naydenskiy Law Group, P.C.

Firm: _____

Page 2