# NAYDENSKIY LAW GROUP, P.C.

2747 Coney Island Ave, Brooklyn NY 11235, Naydenskiylaw@gmail.com, (718) 808-2224

May 4, 2016

Honorable Judge Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:** *LUIS CAMAS v. M & G TAPAS REST. CORP d/b/a EL PORRON et. al.* Index No. 16-cv-2917

Dear Honorable Judge Swain:

Plaintiff's counsel write to inform the court that the parties agreed to settle this matter in principal and are working on memorializing the agreement. The parties request a deadline to submit a fully executed settlement agreement and supporting documents explaining why the settlement is fair and reasonable to be submitted within 30 days.

The parties jointly thank the Court for its attention to this matter.

NAYDENSKIY LAW GROUP, P.C.

_____s/_____
Gennadiy Naydenskiy (GN5601)
2747 Coney Island Ave
Brooklyn, NY 11235
(718) 808-2224
naydenskiylaw@gmail.com
*Attorney for Plaintiffs, Proposed Collective Action Plaintiffs and Proposed Class Members.*