```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-6-2016
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIS CAMAS,

                Plaintiff(s),

    -against-

M&G TAPAS RESTAURANT CORP. and
GONZALO BERMEO,

                Defendant(s).

No. 16 CV 2917-LTS

ORDER REGARDING
PROPOSED SETTLEMENT

The attorneys for the parties have advised the Court that this action has been or will be settled. Accordingly, it is hereby ORDERED that the parties file the proposed settlement agreement for Court approval of the agreement as fair and reasonable within 30 days of the date hereof. The approval request must be supported by a declaration and any other evidence necessary to support the requested determination. See Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199, 205 (2d Cir. 2015).

    SO ORDERED.

Dated: New York, New York
       May 6, 2016

_____
LAURA TAYLOR SWAIN
United States District Judge

version 1/26/16